JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| CONTINENTAL CASUALTY CO., <br><br> Plaintiff, <br><br> vs. <br><br> GOLDLINE INTERNATIONAL, INC., <br><br> Defendant. <br><br><br> AND RELATED CROSS-ACTION | No.  CV 12-08658 CAS (AJWx) <br><br> *Assigned to the Honorable Judge Christina A. Snyder* <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS AMENDED COUNTERCLAIM** |

1  Having considered the parties' Stipulation to Dismiss Amended
2  Counterclaim:
3  IT IS HEREBY ORDERED THAT Goldline International, Inc.'s
4  Amended Counterclaim against Continental Casualty Company is dismissed with
5  prejudice.
6  IT IS FURTHER ORDERED THAT the parties are to bear their own
7  attorneys' fees and costs.
8
9  IT IS SO ORDERED.
10
11  Dated:  March 25, 2014

*Christina A. Snyder* (signature)

The Honorable Christina A. Snyder
United States District Court Judge